| | |
|---|---|
| 1 | GARY R. SINISCALCO (STATE BAR NO. 64770) |
|   | grsiniscalco@orrick.com |
| 2 | ERIN CONNELL (STATE BAR NO. 223355) |
|   | econnell@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 4 | 405 Howard Street |
|   | San Francisco, CA 94105-2669 |
| 5 | Telephone: +1-415-773-5700 |
|   | Facsimile: +1-415-773-5759 |

FILED

2007 NOV 20 P 2:57

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

Attorneys for Defendant
Business Objects Americas

**E-FILING**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CLEMENT KICHUK,

    Plaintiff,

v.

BUSINESS OBJECTS AMERICAS, a corporation, and DOES 1 through 10,

    Defendants.

Case No. C 07 05893 PVT

**NOTICE OF INTERESTED PARTIES**

OHS West:260340806.1

NOTICE OF INTERESTED PARTIES
CASE NO. _____

1  The undersigned, counsel of record for defendant Business Objects Americas, certifies
2  that the following listed parties presently have a direct, pecuniary interest in the outcome of this
3  case. These representations are made to enable the Court to evaluate possible disqualification or
4  recusal.

5  Business Objects Americas – Defendant; and

6  Clement Kichuk – Plaintiff

7  Dated: November 19, 2007

GARY R. SINISCALCO
ERIN M. CONNELL
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Erin Connell
Erin M. Connell
Attorneys for Defendant
Business Objects Americas

OHS West:260340806.1

NOTICE OF INTERESTED PARTIES
CASE NO. _____