GARY R. SINISCALCO (STATE BAR NO. 64770)
grsiniscalco@orrick.com
ERIN CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Defendant
Business Objects Americas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEMENT KICHUK,<br><br>Plaintiff,<br><br>v.<br><br>BUSINESS OBJECTS AMERICAS, a corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. C 07 05893 PVT<br><br>**DECLARATION OF SERVICE BY MAIL** |

## DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669.

On November 21, 2007, I served upon plaintiff Clement Kichuk:

**CIVIL COVER SHEET**

**NOTICE OF REMOVAL BY DEFENDANT BUSINESS OBJECTS AMERICAS**

**NOTICE OF INTERESTED PARTIES**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

> **STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL**

> *[form of]* **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

> *[form of]* **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE and REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

> **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

> **STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES**

**"WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION"**

> **CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/ SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES**

> **GENERAL ORDER NO. 40 – PROHIBITION OF BIAS**

> **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT**

> **GENERAL ORDER NO. 45 – ELECTRONIC CASE FILING**

> **NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION**

1         GENERAL ORDER NO. 53 – PRIVACY

2         *[form of]* NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

3

4         *[form of]* WAIVER OF SERVICE OF SUMMONS

5         INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS (ADR L.R. 3-5)

6         *[form of]* ADR CERTIFICATION BY PARTIES AND COUNSEL

7         *[form of]* STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

8

9         *[form of]* NOTICE OF NEED FOR ADR PHONE CONFERENCE

10       ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES

11 by placing true and correct copies thereof in a sealed envelope addressed as follows:

12         Cliff Palefsky
        Keith Ehrman
13         McGuinn, Hillsman & Palefsky
        535 Pacific Avenue
14         San Francisco, CA 94133

15      I am employed in the county from which the mailing occurred. On the date indicated

16 above, I placed the sealed envelope for collection and mailing at this firm's office business

17 address indicated above. I am readily familiar with this firm's practice for the collection and

18 processing of correspondence for mailing with the United States Postal Service. Under that

19 practice, the firm's correspondence would be deposited with the United States Postal Service on

20 this same date with postage thereon fully prepaid in the ordinary course of business.

21      Executed on November 21, 2007, in the City and County of San Francisco, State of

22 California.

23      I declare under penalty of perjury under the laws of the State of California that the

24 foregoing is true and correct.

25

26                                                     */s/ Kate Brandt*
27                                                         Kate Brandt

28