1  Cliff Palefsky, Esq. (State Bar No. 77683)
   Keith Ehrman (State Bar No. 106985)
2  McGUINN, HILLSMAN & PALEFSKY
   535 Pacific Avenue
3  San Francisco, CA 94133
4  Telephone: (415) 421-9292

5  Attorneys for Plaintiff,
   CLEMENT KICHUK
6

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CLEMENT KICHUK, | Case No. C 07-05893 PVT |
| Plaintiff, | e-filing |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| BUSINESS OBJECTS AMERICAS, a corporation, | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:   November 26, 2007              McGUINN, HILLSMAN & PALEFSKY
                                         Attorneys for Plaintiff

                                         By: _____
                                             Cliff Palefsky

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

Certification of Interested Entities or Parties                                     1