1  Cliff Palefsky, Esq. (State Bar No. 77683)
   Keith Ehrman (State Bar No. 106985)
2  McGUINN, HILLSMAN & PALEFSKY
   535 Pacific Avenue
3  San Francisco, CA  94133
   Telephone:  (415) 421-9292
4

5  Attorneys for Plaintiff,
   CLEMENT KICHUK
6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12

13  CLEMENT KICHUK,                    )   Case No. C 07-05893 PVT
                                       )       e-filing
14                 Plaintiff,          )
                                       )
15  v.                                 )   PLAINTIFF'S DEMAND FOR JURY
                                       )   TRIAL
16  BUSINESS OBJECTS AMERICAS, a       )
    corporation,                       )
17                                     )
                                       )
18                 Defendant.          )
                                       )
19  _____   )

20

21        COMES NOW PLAINTIFF CLEMENT KICHUK, pursuant to the provisions of

22  Fed.R.Civ.P.81(c) governing removed actions, and hereby demands a trial by jury

23  herein.

24  DATED:       November 26, 2007      McGUINN, HILLSMAN & PALEFSKY
                                        Attorneys for Plaintiff
25

26

27                                      By:  _____
                                             Cliff Palefsky
28

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

Plaintiff's Demand For Jury Trial                                        1