GARY R. SINISCALCO (STATE BAR NO. 64770)
grsiniscalco@orrick.com
ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1-415-773-5700
Facsimile:    +1-415-773-5759

Attorneys for Defendant
Business Objects Americas

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CLEMENT KICHUK,<br><br>        Plaintiff,<br><br>    v.<br><br>BUSINESS OBJECTS AMERICAS, a corporation, and DOES 1 through 10,<br><br>        Defendants. | Case No.  C 07 05893 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:  November 27, 2007

GARY R. SINISCALCO
ERIN M. CONNELL
ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____/s/_____
        Erin M. Connell
    Attorneys for Defendant
    Business Objects Americas

OHS West:260343773.1

DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE; REQUEST FOR REASSIGNMENT TO U.S. DISTRICT JUDGE (Case No. C 07 05893 PVT)