# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

CLEMENT KICHUK,

                           **Plaintiff(s),**

VS.

BUSINESS OBJECTS AMERICAS,

                          **Defendant(s).**

_____

C 07-5893  PVT

**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

      PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for March 11, 2008 before Magistrate Judge Patricia V. Trumbull has been continued to **March 14, 2008  at 10:30 a.m.,** before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on or before March 7, 2008.

      If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated: November 28, 2007

                        RICHARD W. WIEKING,
                        Clerk of Court
                        /s/ Corinne Lew

                        _____
                        Corinne Lew
                        Deputy Clerk