UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLEMENT KICHUK,
          Plaintiff(s),

v.

BUSINESS OBJECTS AMERICAS, a corporation, and DOES 1 through 10,
          Defendant(s).

_____/

Case No. C 07 05893 RMW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: February 19, 2008

/s/ Isabelle Finberg
[Party]
Isabelle Laprade Finberg for
BUSINESS OBJECTS AMERICAS

Dated: February 20, 2008

/s/ Erin Connell
[Counsel]
Erin M. Connell for
ORRICK, HERRINGTON &
SUTCLIFFE LLP

American LegalNet, Inc.
www.USCourtForms.com