CLIFF PALEFSKY (State Bar No. 77683)
CAROLYN LEARY (State Bar No. 226845)
cleary@mhpsf.com
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone:   +1-415-421-9292
Facsimile:    +1-415-403-0202

**Attorneys for Plaintiff**
**Clement Kichuk**

GARY R. SINISCALCO (STATE BAR NO. 64770)
grsiniscalco@orrick.com
ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

**Attorneys for Defendant**
**Business Objects Americas**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEMENT KICHUK,<br><br>         Plaintiff,<br><br>    v.<br><br>BUSINESS OBJECTS AMERICAS, a corporation, and DOES 1 through 10,<br><br>         Defendants. | Case No.  C 07 05893 RMW<br><br>**JOINT RULE 26(f) REPORT** |

1  Pursuant to Federal Rule of Civil Procedure 26(f), the parties jointly file the following
2  discovery report:

3      1.    The parties do not propose any changes in the timing or form of disclosures
4  required by Rule 26(a). The parties will serve the required disclosures by February 27, 2008, and
5  will thereafter serve copies of the appropriate relevant documents prior to the Case Management
6  Conference.

7      2.    The parties expect to complete discovery by November 1, 2008, with a projected
8  trial date in February 2009. The parties do not believe that discovery needs to be conducted in
9  "phases" or limited to certain issues. The parties expect that discovery will be needed primarily
10 on issues relating to: Plaintiff's job performance; Plaintiff's job duties; Defendant's employment
11 decisions regarding Plaintiff; the decision to terminate Plaintiff's employment; and Plaintiff's
12 damages.

13     3.    The parties have agreed that, as a preliminary matter, hard copies of electronically
14 stored information shall be provided in response to document requests. If this initial form of
15 production is not adequate, the parties reserve the right to seek electronically stored information
16 in other forms. The parties also reserve the right to object to production of electronically stored
17 information that is identified as not reasonably accessible because of undue burden or cost.

18     4.    The parties do not see any need at this time to make changes to the limitations on
19 discovery under the current rules. If any party feels that such a need has arisen in the future, the
20 parties will meet and confer about this subject.

21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1   5.   The parties do not believe any other orders are necessary at this time.

3   Dated:  February 22, 2008

CLIFF PALEFSKY
CAROLYN LEARY
McGUINN, HILLSMAN & PALEFSKY


By: _____/s/_____
Carolyn Leary
Attorneys for Plaintiff
Clement Kichuk

Dated:  February 22, 2008

GARY R. SINISCALCO
ERIN M. CONNELL
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____/s/_____
Erin M. Connell
Attorneys for Defendant
Business Objects Americas