CLIFF PALEFSKY (State Bar No. 77683)
CAROLYN LEARY (State Bar No. 226845)
cleary@mhpsf.com
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone:   +1-415-421-9292
Facsimile:   +1-415-403-0202

**Attorneys for Plaintiff
Clement Kichuk**

GARY R. SINISCALCO (STATE BAR NO. 64770)
grsiniscalco@orrick.com
ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

**Attorneys for Defendant
Business Objects Americas**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEMENT KICHUK,<br><br>           Plaintiff,<br><br>     v.<br><br>BUSINESS OBJECTS AMERICAS, a corporation, and DOES 1 through 10,<br><br>           Defendants. | Case No.  C 07 05893 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

///

///

1 | The parties agree to participate in the following ADR process: <u>Private Mediation</u>.

2 | **Court Processes:**

3 | Non-binding Arbitration (ADR L.R. 4)

4 | Early Neutral Evaluation (ENE) (ADR L.R. 5)

5 | Mediation (ADR L.R. 6)

6 | *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*

7 | *appreciably more likely to meet their needs than any other form of ADR, must participate in an*

8 | *ADR phone conference and may not file this form. They must instead file a Notice Of Need For*

9 | *ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

10 | **Private Process:**

11 | Private ADR *(please identify process and provider)*

12 | <u>   Private Mediation with Jeffrey Ross of Dickson-Ross, LLP is currently</u>

13 | <u>   scheduled for March 11, 2008   </u>

14 | The parties agree to hold the ADR session by:

15 | The presumptive deadline *(The deadline is 90 days from the date of the order*

16 | *referring the case to an ADR process unless otherwise ordered.)*

17 | Other requested deadline:

18 | Dated: February 22, 2008

19 | CLIFF PALEFSKY
CAROLYN LEARY
McGUINN, HILLSMAN & PALEFSKY

21 | By: /s/
Carolyn Leary
Attorneys for Plaintiff
Clement Kichuk

23 | Dated: February 22, 2008

24 | GARY R. SINISCALCO
ERIN M. CONNELL
ORRICK, HERRINGTON & SUTCLIFFE LLP

27 | By: /s/
Erin M. Connell
Attorneys for Defendant
Business Objects Americas

OHS West:260387937.1 — - 2 - — STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
(Case No. C 07 05893 RMW)

1

**[PROPOSED] ORDER**

2    Pursuant to the Stipulation above, the captioned matter is hereby referred to:

3        Private ADR

4    Deadline for ADR session:

5        90 days from the date of this order

6

7

8        IT IS SO ORDERED.

9    Dated: _____

10

11

12                                          Ronald M. Whyte
                                            United States District Court Judge
13