CLIFF PALEFSKY (State Bar No. 77683)
CAROLYN LEARY (State Bar No. 226845)
cleary@mhpsf.com
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone:   +1-415-421-9292
Facsimile:   +1-415-403-0202

**Attorneys for Plaintiff**
**Clement Kichuk**

GARY R. SINISCALCO (STATE BAR NO. 64770)
grsiniscalco@orrick.com
ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

**Attorneys for Defendant**
**Business Objects Americas**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEMENT KICHUK,<br><br>        Plaintiff,<br><br>    v.<br><br>BUSINESS OBJECTS AMERICAS, a corporation, and DOES 1 through 10,<br><br>        Defendants. | Case No.  C 07 05893 RMW<br><br>**EXHIBIT A TO JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** |

EXHIBIT A
PLAINTIFF'S PRELIMINARY DAMAGES CALCULATION

I. **Annual Wages**

| | |
|---|---|
| Salary | $140,000 |
| Bonus (est.) | $28,000 |
| **Present annual ongoing wage loss:** | **$168,000** |

II. **Annual Benefits**

| | |
|---|---|
| 401(k) contribution by employer | Exact dollar amount unknown at present time. |
| Health and other insurance | Exact dollar amount unknown at present time; plaintiff's plan covered his entire family (self, wife and three children). |

III. **Equity Compensation**

| | |
|---|---|
| Initial grant of 5,000 options (2,395 vested and 2,605 unvested) | Exact dollar amount to be determined based upon the difference between the appropriate fair market value of stock and the exercise price of Plaintiff's options (€26.20) |

IV. **Job Search Expenses to Date**

| | |
|---|---|
| Recruiting Agency | $8,500 |