CLIFF PALEFSKY (State Bar No. 77683)
CAROLYN LEARY (State Bar No. 226845)
cleary@mhpsf.com
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone:     +1-415-421-9292
Facsimile:     +1-415-403-0202

**Attorneys for Plaintiff**
**Clement Kichuk**

GARY R. SINISCALCO (STATE BAR NO. 64770)
grsiniscalco@orrick.com
ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1-415-773-5700
Facsimile:     +1-415-773-5759

**Attorneys for Defendant**
**Business Objects Americas**

*E-FILED - 2/28/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEMENT KICHUK,<br><br>             Plaintiff,<br><br>       v.<br><br>BUSINESS OBJECTS AMERICAS, a corporation, and DOES 1 through 10,<br><br>             Defendants. | Case No.  C 07 05893 RMW<br><br>**STIPULATION AND []**<br>**ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

///

///

1  The parties agree to participate in the following ADR process: <u>Private Mediation</u>.

2  **Court Processes:**

3  Non-binding Arbitration (ADR L.R. 4)

4  Early Neutral Evaluation (ENE) (ADR L.R. 5)

5  Mediation (ADR L.R. 6)

6  *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*

7  *appreciably more likely to meet their needs than any other form of ADR, must participate in an*

8  *ADR phone conference and may not file this form. They must instead file a Notice Of Need For*

9  *ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

10  **Private Process:**

11  Private ADR *(please identify process and provider)*

12  <u>Private Mediation with Jeffrey Ross of Dickson-Ross, LLP is currently</u>

13  <u>scheduled for March 11, 2008</u>

14  The parties agree to hold the ADR session by:

15  The presumptive deadline *(The deadline is 90 days from the date of the order*

16  *referring the case to an ADR process unless otherwise ordered.)*

17  Other requested deadline:

18  Dated: February 22, 2008

19  CLIFF PALEFSKY
    CAROLYN LEARY
    McGUINN, HILLSMAN & PALEFSKY

20

21  By: /s/
22      Carolyn Leary
        Attorneys for Plaintiff
        Clement Kichuk
23

    Dated: February 22, 2008
24  GARY R. SINISCALCO
    ERIN M. CONNELL
25  ORRICK, HERRINGTON & SUTCLIFFE LLP

26
    By: /s/
27      Erin M. Connell
        Attorneys for Defendant
28      Business Objects Americas

OHS West:260387937.1        - 2 -        STIPULATION AND [] ORDER
                                         SELECTING ADR PROCESS
                                         (Case No. C 07 05893 RMW)

**[] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    Private ADR

Deadline for ADR session:

    90 days from the date of this order

IT IS SO ORDERED.

Dated: 2/28/08

*Ronald M. Whyte*

Ronald M. Whyte
United States District Court Judge