CLIFF PALEFSKY (State Bar No. 77683)
CAROLYN LEARY (State Bar No. 226845)
cleary@mhpsf.com
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone:   +1-415-421-9292
Facsimile:    +1-415-403-0202

**Attorneys for Plaintiff
Clement Kichuk**

GARY R. SINISCALCO (STATE BAR NO. 64770)
grsiniscalco@orrick.com
ERIN M. CONNELL (STATE BAR NO. 223355)
econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

**Attorneys for Defendant
Business Objects Americas**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLEMENT KICHUK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUSINESS OBJECTS AMERICAS, a corporation, and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No.  C 07 05893 RMW<br><br>**[PROPOSED] CASE MANAGEMENT ORDER** |

On March 14, 2008, at 10:30 a.m., a Case Management Conference was held before United States District Court Judge the Honorable Ronald M. Whyte. Plaintiff Clement Kichuk ("Plaintiff" or "Kichuk") and Defendant Business Objects Americas ("Defendant" or "Business Objects") were represented by counsel. After consideration of the parties' Joint Case Management Statement, and following discussion with counsel at the CMC, the Court orders as follows:

1. Trial is set for February 23, 2009.

2. A pretrial conference will be held on February 12, 2009.

3. The last day to hear motions for summary judgment or summary adjudication is December 19, 2008.

4. The discovery cut-off is November 1, 2008.

5. Expert disclosures are due on December 1, 2008.

6. The discovery cut-off for expert discovery is December 15, 2008.

7. The presumptive limits set by the Federal Rules of Civil Procedure apply to discovery in this case. Additionally, Plaintiff and Defendant are limited to 10 Requests for Admission per side.

8. The parties are also ordered to schedule and participate in a Settlement Conference with a Magistrate Judge prior to the scheduled pretrial conference.

IT IS SO ORDERED.

Dated: _____

_____
Ronald M. Whyte
United States District Court Judge

[PROPOSED] CASE MANAGEMENT ORDER
(Case No. C 07 05893 RMW)