# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CIVIL MINUTES

DATE: March 14, 2008

Case No. C-07-05893-RMW    JUDGE: Ronald M. Whyte

**CLEMENT KICHUK** -V- **BUSINESS OBJECTS AMERICAS, et al.**
Title

C. Palefsky                                  E. Connell
**Attorneys Present**                        **Attorneys Present**

**COURT CLERK:** Jackie Garcia    **COURT REPORTER:** Not Reported

## PROCEEDINGS

### CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The Court set the following schedule: Jury Trial set for 2/23/09 @ 1:30 pm; Pretrial Conference set for 2/12/09 @ 2:00 pm; Joint Pretrial Statement due 2/6/09; Hearing on Dispositive Motions set for 12/19/09 @ 9:00 am; Discovery cutoff 11/1/08; Expert Discovery cutoff 12/15/08; Disclosure of Experts by 12/1/08. Discovery Limits: Depositions - 10 each; Interrogatories - 25 per side; Request for Admissions - 10 per side; Document Request - no limit but narrowly tailored. The parties are to have a settlement conference with the assigned magistrate prior to the pretrial conference. Defendant to prepare order following the conference.