1  Cliff Palefsky, Esq. (State Bar No. 77683)
   Carolyn Leary, Esq.  (State Bar No. 226845)
2  McGUINN, HILLSMAN & PALEFSKY
   535 Pacific Avenue
3  San Francisco, CA  94133
4  Telephone:  (415) 421-9292

5  Attorneys for Plaintiff
   CLEMENT KICHUK
6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| CLEMENT KICHUK, | ) | Case No.  C 07-05893 |
|---|---|---|
| Plaintiff, | ) | **STIPULATED DISMISSAL AND ORDER THEREON** |
| v. | ) | [F.R.C.P. Rule 41(a)(1)] |
| BUSINESS OBJECTS AMERICAS, a corporation, | ) | |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, by and through their respective counsel, that this action be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1) and that endorsement of this agreement may be by counterpart signatures.

///

| | |
|---|---|
| Dated: May 22, 2008 | McGUINN, HILLSMAN & PALEFSKY<br>Attorneys for Plaintiff |
| | By: _____/s/_____<br>Cliff Palefsky |
| Dated: May 22, 2008 | ORRICK, HERRINGTON & SUTCLIFFE<br>Attorneys for Defendant |
| | By: _____/s/_____<br>Gary Siniscalco |

## ORDER

THE ABOVE STIPULATION HAVING BEEN REVIEWED AND CONSIDERED AND GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1).

Dated: _____

_____
Ronald M. Whyte
United States District Court Judge

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

STIPULATED DISMISSAL AND ORDER THEREON

2