1  Cliff Palefsky, Esq. (State Bar No. 77683)
   Carolyn Leary, Esq. (State Bar No. 226845)
2  McGUINN, HILLSMAN & PALEFSKY
   535 Pacific Avenue
3  San Francisco, CA  94133
4  Telephone:  (415) 421-9292

5  Attorneys for Plaintiff
   CLEMENT KICHUK

6                                              *E-FILED - 7/16/08*

7

8                    UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11 CLEMENT KICHUK,              )   Case No.  C 07-05893
                                )
12                  Plaintiff,  )   **STIPULATED DISMISSAL AND ORDER**
                                )   **THEREON**
13 v.                           )   [F.R.C.P. Rule 41(a)(1)]
                                )
14 BUSINESS OBJECTS AMERICAS, a )
15 corporation,                 )
                                )
16                  Defendants. )
                                )
17                              )
                                )
18                              )
                                )
19                              )

20 _____

21

22

23    **IT IS HEREBY STIPULATED** by and between the parties hereto, by and through

24 their respective counsel, that this action be dismissed with prejudice pursuant to

25 Fed.R.Civ.P. 41(a)(1) and that endorsement of this agreement may be by counterpart

26 signatures.

27 ///

28

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

STIPULATED DISMISSAL AND ORDER THEREON

1

1  Dated: May 22, 2008                                McGUINN, HILLSMAN & PALEFSKY
2                                                    Attorneys for Plaintiff
3
4                                                    By: _____/s/_____
5                                                          Cliff Palefsky

6  Dated: May 22, 2008                                ORRICK, HERRINGTON & SUTCLIFFE
7                                                    Attorneys for Defendant
8
9                                                    By: _____/s/_____
10                                                         Gary Siniscalco
11

## ORDER

THE ABOVE STIPULATION HAVING BEEN REVIEWED AND CONSIDERED AND GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1).

Dated: 7/16/08                                       _____
                                                     Ronald M. Whyte
                                                     United States District Court Judge

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

STIPULATED DISMISSAL AND ORDER THEREON                                             2